IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MINTON *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> INTERCONTINENTAL TERMINALS COMPANY LLC, *et al.*, <br>     Defendants. <br><br> AND <br><br> *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § § § § § § § § § § § | Case No. 4:21-cv-00143 <br><br><br><br><br><br><br><br><br> Case No. 4:19-cv-01460 |

### AGREED MOTION TO APPROVE TRIAL POOL

In accordance with the Agreed Protocol for the Selection of Plaintiffs for a Discovery Pool, Trial Pool, and Trial (DE 1099), Plaintiffs, through Co-Lead Counsel, and Defendants Intercontinental Terminals Company LLC, NSK Corporation, and NSK Ltd. (collectively, "Defendants" and, with Plaintiffs, the "Parties") file this agreed motion to approve the trial pool jointly selected by the Parties.

Consistent with the Court's case management orders, the Parties have been focused on conducting discovery directed toward the Plaintiffs selected for inclusion in the bellwether discovery pool over the last several months. Based on those efforts, the Parties have jointly selected the following trial pool:

1. Faridah Davis

2. Jean Carlo DeLeon

3. Mark Hubert

4. Elizabeth Lizama

5. Francisco Macias

6. Jason Minton

7. Marcia Mitchell

8. Detrek Montgomery

9. Eleazar Perez

10. Manuela Torres

As set out in the Parties' Agreed Motion to Approve Bellwether Discovery Pool (DE 1112), the discovery pool initially consisted of 27 individual and 2 commercial Plaintiffs, asserting claims that were representative of those asserted in the broader litigation. On the individual side, the Parties focused on certain key characteristics in selecting the discovery pool: age, alleged exposure location, nature of claims asserted, and for personal injury claims, nature of alleged injury and extent of medical treatment. *Id.* at 7-9. The characteristics that made the discovery pool representative remain present in the trial pool both from a demographic and claim perspective.

While there are no commercial cases selected for inclusion in the trial pool, the Parties believe that focusing on individual claims for this first phase of bellwether trials is the best approach to "further the overall objectives of the consolidated proceeding," given the prevalence of these claims. DE 1099 at 4. As explained in the Parties' Agreed Motion to Approve Bellwether Discovery Pool (DE 1112), the commercial cases are both much fewer in number and more varied in nature. As a result, the Parties do not believe that

focusing on the commercial cases is the most productive way to progress this consolidated proceeding at this stage.  In contrast, continued discovery, expert work, motion practice, and if necessary, trial with respect to the individual claims selected for inclusion in the trial pool will allow the Parties to gain valuable information about the types of claims that overwhelmingly comprise this consolidated proceeding (and that are subject to the Parties' tolling agreement).

     For the foregoing reasons, the Parties respectfully request that the Court approve their proposed trial pool.

Dated: January 24, 2023

Respectfully submitted,

TRACEY & FOX LAW FIRM

By: */s/ Sean Patrick Tracey (by permission)*
    Sean Patrick Tracey
    Attorney-in-Charge
    Texas Bar No. 20176500
    440 Louisiana, Suite 1901
    Houston, Texas 77002
    Telephone: (713) 495-2333
    Facsimile: (713) 495-2331
    stracey@traceylawfirm.com

PLAINTIFFS' CO-LEAD COUNSEL

OF COUNSEL:

Shawn P. Fox
Texas Bar No. 24040926
Scott C. Greenlee
Texas Bar No. 24007270
Lance Nolan Walters
Texas Bar No. 24085639
Federal I.D. No. 2006934
Tracey & Fox
440 Louisiana, Suite 1901
Houston, Texas 77002
Telephone: (713) 495-2333
Facsimile: (713) 495-2331
sfox@traceylawfirm.com
sgreenlee@traceylawfirm.com
lwalters@traceylawfirm.com

Russell S. Post
Texas Bar No. 00797258
Owen J. McGovern
Texas Bar No. 24092804
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 952-3720
rpost@beckredden.com
omcgovern@beckredden.com

Dated: January 24, 2023

Respectfully submitted,

FARRAR & BALL, LLP

By: */s/ William R. Ogden (by permission)*
   William R. Ogden
   Attorney-in-Charge
   Texas Bar No. 24073531
   Federal I.D. No. 2202355
   1117 Herkeimer Street
   Houston, Texas 77008
   Telephone: (713) 221.8300
   Facsimile: (713) 221.8301
   bill@fbtrial.com

PLAINTIFFS' CO-LEAD COUNSEL

Dated: January 24, 2023

Respectfully submitted,

ABRAHAM, WATKINS, NICHOLS,
AGOSTO, AZIZ & STOGNER

By: */s/ Benny Agosto, Jr. (by permission)*
   Benny Agosto, Jr.
   Texas Bar No. 00794981
   Federal I.D. No. 20821
   800 Commerce Street
   Houston, TX 77002
   Telephone: (713) 222-7211
   Facsimile: (713) 225-0827
   bagosto@awtxlaw.com

PLAINTIFFS' CO-LEAD COUNSEL

Dated: January 24, 2023  Respectfully submitted,

UNDERWOOD LAW OFFICE, INC.

By: */s/ Mark F. Underwood (by permission)*
    Mark F. Underwood
    Attorney-in-Charge
    Texas Bar No. 24059341
    Federal I.D. No. 2601475
    2530 West White Avenue, Suite 200
    McKinney, Texas 75071
    Telephone: (972) 535-6377
    Facsimile: (972) 292-7828
    munderwood@underwoodlawoffices.com

PLAINTIFFS' CO-LEAD COUNSEL

Dated: January 24, 2023

OF COUNSEL:
Aaron R. Crane
Texas Bar No. 24050459
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 632-1400
Facsimile: (713) 632-1401
aaron.crane@hoganlovells.com

Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ Bruce D. Oakley (by permission)*
    Bruce D. Oakley
    Attorney-in-Charge
    Texas Bar No. 15156900
    609 Main Street, Suite 4200
    Houston, Texas 77002
    Telephone: (713) 632-1400
    Facsimile: (713) 632-1401
    bruce.oakley@hoganlovells.com

ATTORNEYS FOR DEFENDANTS NSK CORPORATION, NSK-AKS PRECISION BALL COMPANY, NSK PRECISION AMERICA, INC., AND NSK LTD.

Dated: January 24, 2023

OF COUNSEL:
Michael S. Goldberg
Texas Bar No. 08075800
Federal I.D. No. 01279
Benjamin Gonsoulin
Texas Bar No. 24099682
Federal I.D. No. 2969896
Kelly Hanen
Texas Bar No. 24101862
Federal I.D. No. 3038458
Elizabeth Furlow
Texas Bar No. 24109899
Federal I.D. No. 3402815
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
michael.goldberg@bakerbotts.com
ben.gonsoulin@bakerbotts.com
kelly.hanen@bakerbotts.com
elizabeth.furlow@bakerbotts.com

Ivan M. Rodriguez
Texas Bar No. 24058977
Federal I.D. No. 4566982
Marc G. Matthews
Texas Bar No. 24055921
Federal I.D. No. 705809
J. Alan Harrell
Texas Bar No. 24114609
PHELPS DUNBAR LLP
910 Louisiana St., Suite 4300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
ivan.rodriguez@phelps.com
marc.matthews@phelps.com
alan.harrell@phelps.com

Respectfully submitted,

BAKER BOTTS L.L.P.

By: _____
Russell C. Lewis
Attorney-in-Charge
Texas Bar No. 24036968
Federal I.D. No. 569523
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1767
Facsimile: (713) 229-2867
russell.lewis@bakerbotts.com

ATTORNEYS FOR DEFENDANT
INTERCONTINENTAL TERMINALS
COMPANY LLC

## CERTIFICATE OF SERVICE

I certify that on January 24, 2023, a copy of this document has been served on all counsel of record in the above-captioned cases via the Court's electronic filing system.

Russell C. Lewis