United States District Court
Southern District of Texas
**ENTERED**
January 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MINTON *et al.*,<br>　　Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL TERMINALS<br>COMPANY LLC, *et al.*,<br>　　Defendants.<br><br>AND<br><br>*IN RE:* INTERCONTINENTAL<br>TERMINALS COMPANY LLC<br>DEER PARK FIRE LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:21-cv-00143<br><br><br><br><br><br><br><br><br><br>Case No. 4:19-cv-01460 |

## AGREED ORDER APPROVING TRIAL POOL

Pending before the Court is the Parties'[ECF. 77] Agreed Motion to Approve Trial Pool (the "Motion"). Having considered the Motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, this Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the trial pool contemplated by the Court's Bellwether Discovery and Trial Setting Case Management Order (DE 1031), as amended, shall be comprised of the following Plaintiffs:

1. Faridah Davis

2. Jean Carlo DeLeon

3. Mark Hubert

4. Elizabeth Lizama

5. Francisco Macias

6. Jason Minton

7. Marcia Mitchell

8. Detrek Montgomery

9. Eleazar Perez

10. Manuela Torres

It is so ORDERED.

January 27, 2023
_____
Date

_____
Dena Hanovice Palermo
United States Magistrate Judge