IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MINTON, *et al.* § | |
|     Plaintiffs, § | |
| § | |
| v. § | C.A. No. 4:21-cv-00143 |
| § | |
| INTERCONTINENTAL TERMINALS § | |
| COMPANY LLC, *et al.*, § | |
|     Defendants. § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Jason (James) Minton; Ahmad N. Ali Odet-Allah; Leonel Andres Barreto; Justin Braly; Marvin Calderon; Frieda Guadalupe Cavazos; Faridah Davis; Jean Carlo DeLeon; Mark A. Hubert; Wynn Jones; Adrian Landry; Elizabeth Viecas Lizama; Francisco Macias; Marcia Geneva Mitchell; Rudolph Monclova; Detrik Lenard Louis Montgomery; Cristian Moreno; Eleazar Perez; Shannon Peterson-Young; Tatiana Ramirez; Toni Richardson; Michael Stidham; and Manuela Torres (collectively, the "Minton Plaintiffs") and Defendant Intercontinental Terminals Company LLC ("ITC") respectfully move the Court to enter an Agreed Order of Dismissal with Prejudice, ordering that the Minton Plaintiffs' claims against ITC be dismissed with prejudice.[1]

The Minton Plaintiffs and ITC respectfully request that the Court dismiss with prejudice all of the Minton Plaintiffs' claims against ITC because all matters in controversy between the Minton Plaintiffs and ITC have been resolved, and there is no

---

[1] The claims against all other parties previously named as defendants have been dismissed through prior orders of the Court or agreement of the parties.

127654972                                                1

further need or occasion for the prosecution of the Minton Plaintiffs' claims against ITC. The Minton Plaintiffs and ITC further agree that taxable costs are to be borne by the party incurring same.

In accordance with the Court's Order Establishing Common Benefit Fund (DE 1117), all amounts owed for Common Benefit Attorneys' Fees, General Expenses, and/or Liability-Related Common Benefit Expenses in connection with the resolution of these claims have been paid or will be paid pursuant to the Confidential Master Settlement Agreement, dated March 7, 2024, governing the resolution of these claims.

Dated: January 16, 2025

OF COUNSEL:

Shawn P. Fox
Texas Bar No. 24040926
Scott C. Greenlee
Texas Bar No. 24007270
Lance Nolan Walters
Texas Bar No. 24085639
Federal I.D. No. 2006934
Tracey Fox King & Walters
440 Louisiana, Suite 1901
Houston, Texas 77002
Telephone: (713) 495-2333
Facsimile: (713) 495-2331
sfox@traceylawfirm.com
sgreenlee@traceylawfirm.com
lwalters@traceylawfirm.com

Russell S. Post
Texas Bar No. 00797258
Owen J. McGovern
Texas Bar No. 24092804
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 952-3720
rpost@beckredden.com
omcgovern@beckredden.com

Respectfully submitted,

TRACEY FOX KING & WALTERS

By: */s/ Sean Patrick Tracey (by permission)*
    Sean Patrick Tracey
    Attorney-in-Charge
    Texas Bar No. 20176500
    440 Louisiana, Suite 1901
    Houston, Texas 77002
    Telephone: (713) 495-2333
    Facsimile: (713) 495-2331
    stracey@traceylawfirm.com

**PLAINTIFFS' CO-LEAD COUNSEL**

127654972

3

Dated:  January 16, 2025

Respectfully submitted,

FARRAR & BALL, LLP

By: */s/ William R. Ogden (by permission)*
William R. Ogden
Attorney-in-Charge
Texas Bar No. 24073531
Federal I.D. No. 2202355
1117 Herkeimer Street
Houston, Texas 77008
Telephone: (713) 221.8300
Facsimile: (713) 221.8301
bill@fbtrial.com

**PLAINTIFFS' CO-LEAD COUNSEL**

Dated:  January 16, 2025

Respectfully submitted,

ABRAHAM, WATKINS, NICHOLS,
AGOSTO, AZIZ & STOGNER


By:*/s/ Benny Agosto, Jr. (by permission)*
   Benny Agosto, Jr.
   Texas Bar No. 00794981
   Federal I.D. No. 20821
   800 Commerce Street
   Houston, TX 77002
   Telephone: (713) 222-7211
   Facsimile: (713) 225-0827
   bagosto@awtxlaw.com

**PLAINTIFFS' CO-LEAD COUNSEL**

Case 4:21-cv-00143   Document 334   Filed on 01/16/25 in TXSD   Page 6 of 7

| | |
|---|---|
| Dated:  January 16, 2025 | Respectfully submitted, |

OF COUNSEL:
Benjamin Gonsoulin
Texas Bar No. 24099682
Federal I.D. No. 2969896
Elizabeth Malpass
Texas Bar No. 24109899
Federal I.D. No. 3402815
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522
ben.gonsoulin@bakerbotts.com
elizabeth.furlow@bakerbotts.com

BAKER BOTTS L.L.P.

By: */s/ Russell C. Lewis*
Russell C. Lewis
Attorney-in-Charge
Texas Bar No. 24036968
Federal I.D. No. 569523
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1767
Facsimile:  (713) 229-2867
russell.lewis@bakerbotts.com

**ATTORNEYS FOR DEFENDANT INTERCONTINENTAL TERMINALS COMPANY LLC**

Ivan M. Rodriguez
Texas Bar No. 24058977
Federal I.D. No. 4566982
Marc G. Matthews
Texas Bar No. 24055921
Federal I.D. No. 705809
PHELPS DUNBAR LLP
910 Louisiana, Suite 4300
Houston, Texas  77002
Telephone:  (713) 626-1386
Telecopier:  (713) 626-1388
ivan.rodriguez@phelps.com
marc.matthews@phelps.com

127654972                                    6

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, a copy of this document has been served on all counsel of record in the above-captioned cases by electronic service.

*/s/ Russell C. Lewis*
Russell C. Lewis