United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MINTON, *et al.* § | |
|    Plaintiffs, § | |
| § | |
| v. § | C.A. No. 4:21-cv-00143 |
| § | |
| INTERCONTINENTAL TERMINALS § | |
| COMPANY LLC, *et al.*, § | |
|    Defendants. § | |

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

On this day, the Court considered the Agreed Motion to Dismiss filed by Plaintiffs Jason (James) Minton; Ahmad N. Ali Odet-Allah; Leonel Andres Barreto; Justin Braly; Marvin Calderon; Frieda Guadalupe Cavazos; Faridah Davis; Jean Carlo DeLeon; Mark A. Hubert; Wynn Jones; Adrian Landry; Elizabeth Viecas Lizama; Francisco Macias; Marcia Geneva Mitchell; Rudolph Monclova; Detrik Lenard Louis Montgomery; Cristian Moreno; Eleazar Perez; Shannon Peterson-Young; Tatiana Ramirez; Toni Richardson; Michael Stidham; and Manuela Torres (collectively, the "Minton Plaintiffs") and Defendant Intercontinental Terminals Company LLC ("ITC"). ITC is the last remaining defendant in this case, with all other defendants having been previously dismissed.

The Court finds the motion to be meritorious and hereby GRANTS the motion.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that all claims asserted by the Minton Plaintiffs against ITC in this lawsuit are DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own costs and attorneys' fees.

SIGNED this __23__ day of __January__, 2025.

*Dena Palermo*
_____
DENA HANOVICE PALERMO
UNITED STATES MAGISTRATE JUDGE